1
2
3
4
5
6
7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MARK ANTHONY GONZALES,

11           Plaintiff,                    No. 2:12-cv-1035 KJN P

12      vs.

13  MIKE McDONALD,

14           Defendant.                    <u>ORDER</u>

15  _____/

16           Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil

17  rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis

18  affidavit or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Therefore, plaintiff

19  will be provided the opportunity either to submit the appropriate affidavit in support of a request

20  to proceed in forma pauperis or to submit the appropriate filing fee.

21           In accordance with the above, IT IS HEREBY ORDERED that:

22           1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit

23  in support of his request to proceed in forma pauperis on the form provided by the Clerk of

24  Court, or the appropriate filing fee; any application to proceed in forma pauperis must be

25  prepared on the form provided with this order and must bear the case number assigned to this

26  action; plaintiff's failure to comply with this order may result in the dismissal of this action; and

1    2. The Clerk of the Court is directed to send plaintiff a new Application to
Proceed In Forma Pauperis By a Prisoner.

DATED: April 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gonz1035.3a

1
2
3
4
5
6
7
8                   IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MARK ANTHONY GONZALES,
11          Plaintiff,                    No. 2:12-cv-1035 KJN P
12      vs.
13  MIKE McDONALD,                        <u>SUBMISSION OF</u>
14          Defendant.                    <u>IFP or FILING FEE</u>
15  _____/
16          Plaintiff hereby submits the following document in compliance with the court's
17  order filed _____:
18          _____           IFP affidavit
19          _____           The appropriate filing fee
20  DATED:
21
22                                          _____
23                                          Plaintiff
24
25
26

3