IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY GONZALES,

    Plaintiff,                   No. 2:12-cv-1035 KJN P

    vs.

MIKE McDONALD,

    Defendant.                ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; any application to proceed in forma pauperis must be prepared on the form provided with this order and must bear the case number assigned to this action; plaintiff's failure to comply with this order may result in the dismissal of this action; and

1

1        2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: April 30, 2012

                                           KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE

gonz1035.3a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY GONZALES,

    Plaintiff,                             No. 2:12-cv-1035 KJN P

    vs.

MIKE McDONALD,                       <u>SUBMISSION OF</u>

    Defendant.                      <u>IFP or FILING FEE</u>

_____/

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____         IFP affidavit

    _____         The appropriate filing fee

DATED:

                                                           _____
                                                           Plaintiff