1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK ANTHONY GONZALES,

11          Plaintiff,                    No. 2:12-cv-1035 KJN P

12      vs.

13   M. McDONALD,

14          Defendant.              <u>ORDER</u>

15   _____/

16          Plaintiff filed a motion for a sixty day extension of time to file a response to the

17   November 28, 2012 motion to dismiss this action.  The motion is based on plaintiff's alleged

18   failure to exhaust his administrative remedies prior to filing the instant action.  Plaintiff states

19   that prison officials at California State Prison-Sacramento have not been making the law library

20   accessible to plaintiff due to his "race segment."  (Dkt. No. 21 at 1.)  Plaintiff also states that he

21   has put in requests to his counselor to get copies of "all unlock chronos and 602s" plaintiff

22   signed "to prove the merit of his claim," but his counselor has not come to speak to him.  (<u>Id.</u>)

23          Plaintiff is advised that he must diligently pursue all available prison procedures

24   in order to obtain evidence and prepare his opposition.  For example, plaintiff may seek an Olsen

25   review of his central file, which should include copies of administrative grievances.  Plaintiff

26   may also avail himself of the prison grievance process if his access to the law library is denied,

1

particularly where he faces a court deadline.  Exhaustion in prisoner cases is mandatory, and must occur prior to the filing of the complaint in federal court.  Porter v. Nussle, 534 U.S. 516, 524 (2002).  Thus, at this point in time, plaintiff should focus his efforts on demonstrating that he exhausted his administrative appeals as to the instant claims, rather than attempting to prove the merit of his claims.

On January 9, 2013, plaintiff was provided a thirty day extension of time to file his opposition.  In an abundance of caution, the court will grant plaintiff an additional extension of time.  However, plaintiff is cautioned that no further extensions of time will be granted.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's January 22, 2013 motion for an extension of time (dkt. no. 21) is granted; and

2.  Plaintiff is granted sixty days from the date of this order in which to file an opposition to the pending motion to dismiss.

DATED:  January 30, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gonz1035.36

2